UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
RUDOLPH KORNMANN,

                  Plaintiff,

              - against -

THE CITY OF NEW YORK BUSINESS
INTEGRITY COMMISSION,

                  Defendant.
-------------------------------------------------------------- X

17-cv-2328 (BMC)

**VERDICT FORM**

**PLEASE REVIEW THE JURY INSTRUCTIONS CAREFULLY FOR DEFINITIONS OF THE TERMS USED IN THESE QUESTIONS**

1. Did plaintiff prove, by a preponderance of the evidence, a claim of employment discrimination under the ADA and NYSHRL?

    YES _____ NO ✓_____

*If you answered "YES" to Question 1, your answer to question 4 should also be "YES.*

*Regardless of how you answer Question 1, you should proceed to Question 2.*

2. Did plaintiff prove, by a preponderance of the evidence, a claim of retaliation under the ADA and NYSHRL?

    YES _____ NO ✓_____

*If you answered "YES" to Question 2, your answer to question 6 should also be "YES."*

*Regardless of how you answer Question 2, you should proceed to Question 3.*

3. Did plaintiff prove, by a preponderance of the evidence, a claim of failure to accommodate under the NYSHLR?

YES _____ NO ✓

*If you answered "YES" to Question 3, your answer to question 5 should also be "YES."*

*Regardless of how you answer Question 3, you should proceed to Question 4.*

4. Did plaintiff prove, by a preponderance of the evidence, a claim of disability discrimination under the NYCHLR?

YES _____ NO ✓

*Regardless of how you answer Question 4, you should proceed to Question 5.*

5. Did plaintiff prove, by a preponderance of the evidence, a claim of reasonable accommodation under the NYCHLR?

YES ✓ NO _____

*Regardless of how you answer Question 5, you should proceed to Question 6.*

6. Did plaintiff prove, by a preponderance of the evidence, a claim of retaliation under the NYCHLR?

YES _____ NO ✓

*If you answered "NO" to Questions 1 through 6, you should skip Questions 7 through 8.*

7. Did plaintiff prove, by a preponderance of the evidence, that he is entitled to compensatory damages?

YES _____ NO ✓

If you answered "YES" to Question 9, state the amount of compensatory damages:

$_____

*If you found that plaintiff is entitled to compensatory damages, skip Question 8 and have the jury foreperson sign and date this form.*

*If you found that plaintiff is not entitled to compensatory damages, then proceed to Question 8.*

8. If you find that defendant discriminated against, failed to accommodate, or retaliated against plaintiff, but that plaintiff failed to prove compensatory damages by a preponderance of the evidence, what amount of nominal damages (not to exceed one dollar), if any, do you award plaintiff?

$ 1.00

We, the Jury duly empaneled and sworn in the above-entitled action, upon our oaths, do find the above verdict.

**The jury foreperson must sign and date the verdict sheet.**

_____ 10/1/21

Signature of foreperson    Date