# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Rudolph Kornmann ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 17-cv-02328 (BMC) |
| The City of New York Business Integrity Commission ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Rudolph Kornmann recover from the defendant *(name)* The City of New York Business Integrity Commission the amount of One Dollar dollars ($ 1.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: Judgment entered in favor of plaintiff and against defendant in the amount of $1.00.

This action was *(check one)*:

☑ tried by a jury with Judge BRIAN M. COGAN presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

.

Date: _____

*CLERK OF COURT*

Melonie Clarke  Digitally signed by Melonie Clarke
Date: 2021.10.01 13:27:36 -04'00'

*Signature of Clerk or **Deputy Clerk***